**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RANDY MERRITT, | |
| Plaintiff, | CIVIL ACTION NO. 3:26-CV-0454 |
| v. | (SAPORITO, J.) |
| CITY OF SCRANTON, et al, | |
| Defendants. | |

**ORDER**

AND NOW, this 20th day of November, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion to dismiss for failure to state a claim filed by the defendants, the City of Scranton and Officers Petrucci, Gula, and Sweeney (Doc. 10) is **GRANTED**.

2. The motion filed by the City of Scranton and Officers Petrucci, Gula, and Sweeney is **GRANTED** as to: (a) the plaintiff's malicious prosecution claim in violation of the Fourth Amendment; and (b) the plaintiff's false arrest claim in violation of the Fourth Amendment. These claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted.

3. The motion is **GRANTED** as to the plaintiff's request for

punitive damages against the City of Scranton and the officers in their official capacity, and the request is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

4. The plaintiff shall file an amended complaint within **twenty-one (21)** days after the entry of this Order.

Dated: November 20, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge